**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **JENNIFER McGOVERN,** | ) |
| Plaintiff, | ) |
| vs. | ) NO. 05-CV-4196 |
| **CITY OF MT. VERNON, ILLINOIS,** | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:   March 8, 2007**

                 **NORBERT JAWORSKI, CLERK**

                 **S/Vicki L. McGuire**
                 **Deputy Clerk**


**APPROVED: s/ J. Phil Gilbert**
       **U. S. DISTRICT JUDGE**